Prob 12
(Rev. 3/88)

**FILED**
**NOV 20 2007**
CLERK U.S. ...
EST. DIST ...

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. JEREMIAH D. TOLIVER               Docket No. 01-00008-001 Erie

### Petition on Probation

  COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Jeremiah D. Toliver, who was placed on supervision by the Honorable Maurice B. Cohill, Jr., sitting in the Court at Erie, Pennsylvania, on the 5th day of December 2001, who fixed the period of supervision at 3 years' term of supervised release and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall not commit another federal, state, or local crime.
- The defendant shall not illegally possess a controlled substance.
- The defendant shall not possess a firearm or destructive device.
- The defendant shall participate in a program of testing and, if necessary, treatment for substance abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall submit to one drug urinalysis within 15 days after being placed on supervision and at least two periodic tests thereafter.
- The defendant shall pay to the United States a special assessment of $100.

| | |
|---|---|
| 12-05-01: | Felon in Possession of a Firearm; Sentenced to 41 months' custody of the Bureau of Prisons to be served consecutive to previously imposed sentence by the Erie County Court of Common Pleas, to be followed by 3 years' supervised release. |
| 03-14-05: | Released to supervision with the U.S. Probation Office at Pittsburgh, Pennsylvania. |
| 01-25-06: | Supervision transferred from U.S. Probation Officer Michael DiBiasi (Pittsburgh) to U.S. Probation Officer David Conde (Erie). |
| 01-08-07: | Judgment modified by United States District Judge Sean J. McLaughlin to include participation in the United States Probation Office and Bureau of Prisons' Comprehensive Sanctions Center Program until released by the program review team, for a period not to exceed 180 days. |

  **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

  Your Petitioner reports that the probationer has violated the following conditions of his probation:

**The defendant shall not commit another federal, state or local crime.**

  On March 20, 2007, the Probation Office discovered that Mr. Toliver had been charged on October 1, 2006, with Disorderly Conduct. According to the citation, Mr. Toliver had been operating a vehicle in which the sound from the vehicle radio could be heard from fifty feet away. Upon his release from Renewal, Incorporated, Mr. Toliver was advised by the Probation Office of the outstanding charge. On July 9, 2007, he pled guilty to the charge and was ordered to pay $140.20 in fine and costs. On October 11, 2007, an arrest warrant was issued by District Justice Suzanne Mack after Mr. Toliver failed to make the necessary fine and costs payments.

U.S.A. vs. JEREMIAH D. TOLIVER
Docket No. 01-00008-001 Erie
Page 2

**The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.**

**The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.**

On July 9, 2007, Mr. Toliver was instructed to report to the Probation Office every Monday in order to assess his job search efforts. Mr. Toliver failed to report to the Probation Office on July 16, 23, and 30, 2007; and August 6 and 13, 2007. Mr. Toliver reported on August 20, 2007, and was instructed to report on September 9, 2007. He failed to report to the Probation Office on this date. Since then, two reporting notices were sent to the last known address of Mr. Toliver. These notices were never returned to the Probation Office. Mr. Toliver failed to report to the Probation Office on October 1, 2007; and November 12, 2007. On October 30, 2007, the Probation Office interviewed Mr. Toliver's mother, Anita Grey. She indicated that she was unaware of where Mr. Toliver was residing, but she did have occasional contact with him. It was agreed that Mrs. Grey would notify Mr. Toliver of the need to report to the Probation Office immediately. Also, it was agreed that a reporting notice would be sent to her residence in order for her to advise Mr. Toliver of the appointment date and time. On November 14, 2007, Mrs. Grey advised that she had received the reporting notice and told Mr. Toliver that he needed to contact the Probation Office and also report on November 12, 2007.

Mr. Toliver has also failed to submit a written report by the fifth day of each month for the months of July 2007, August 2007, September 2007, and October 2007.

PRAYING THAT THE COURT WILL ORDER that a bench warrant be issued for the arrest of the releasee for alleged violations of supervision and that bond be set at $ _____.

I declare under penalty of perjury that the foregoing is true and correct.

ORDER OF COURT

Considered and ordered this _____ day of _____, 20 ____ and ordered filed and made a part of the records in the above case.

_____
Senior U.S. District Judge

Executed on _____ November 15, 2007

_____
David J. Conde
U.S. Probation Officer

_____
Gerald R. Buban
Supervising U.S. Probation Officer

Place:    Erie, PA