AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

WESTERN   District of   PENNSYLVANIA

UNITED STATES OF AMERICA

V.

JEREMIAH D. TOLIMER

**WARRANT FOR ARREST**

Case Number:   CRM 01-8 ERIE

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   __JEREMIAH D. TOLIVER__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   X Order of court   ☐ Violation Notice   X Probation Violation Petition

charging him or her with   (brief description of offense and 'in violation of Title _ of U.S.C., Section(s) _')

VIOLATIONS OF SUPERVISION - SEE ORDER ATTACHED

SUSAN D. PARMETER
Name of Issuing Officer

*(signature)*
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

11-23-07   Erie, PA
Date and Location

**RECEIVED**
JAN - 4 2008
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Bail fixed at $ TO BE SET   by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ |
| Jeremiah Toliver |

| DATE RECEIVED 11/27/2007 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 12/31/2007 | Arrested by Erie Police Dept. NCIC hit, detainer lodged @ ECP | SHIRLEY A. MCLAUGHLIN OPERATIONS SUPPORT SPECIALIST Lodged detainer on 1/2/2008 w/ECP. |