# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| United States of America | ) | |
|---|---|---|
| | ) | |
| Plaintiff | ) | |
| vs. | ) | No.    CR 01-8 Erie |
| Jeremiah D. Toliver | ) | |
| | ) | |
| Defendant | ) | |

HEARING ON    May 20, 2008    Initial Appearance - Supervised Release

Before    Chief U. S. Magistrate Judge Susan Paradise Baxter

~~Marshall J. Piccinini,~~ Esq., AUSA                    Thomas W. Patton, Esq., Federal P.D.
Christian Trabold

Appear for Plaintiff                                              Appear for Defendant

Hearing Begun   8:45 a.m                    Hearing Adjourned to

Hearing concluded C.A.V.  10:01 am         Stenographer   Ron Bench
                                            CD:          Index:

### WITNESSES

For Plaintiff                                                    For Defendant

Witness for govt. - David J. Conde

Mr. Conde testifies as to defendant's performance on supervised release. After testimony, the Court rules probable cause sufficient for warrant. Bond set by Judge Cohill for $5,000 cash. Hearing to be scheduled before Judge Cohill.