AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

V.

**JEREMIAH D. TOLIVER**

**NOTICE**

CASE NUMBER: **1:01-cr-00008 Erie**

TYPE OF CASE:
☐ CIVIL    X CRIMINAL

**X   TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | COURTROOM NO. A, Second Floor |
|---|---|
| United States District Court<br>17 South Park Row<br>Erie, Pennsylvania   16501 | DATE AND TIME<br>**Wednesday, August 6, 2008 at 11:00 a.m.** |

TYPE OF PROCEEDING

**SUPERVISED RELEASE REVOCATION HEARING**

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE<br>U. S. District Court<br>Courtroom A, Second Floor<br>17 South Park Row<br>Erie, PA   16501 | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

MAURICE B. COHILL, JR.
United States District Judge

May 21, 2008                                         s/Susan J. Shaffer
DATE                                                        Deputy Clerk

To:   Defendant to be notified by counsel