✎ AO 456 (Rev. 5/85)  Notice

# UNITED STATES DISTRICT COURT

WESTERN　　　　　DISTRICT OF　　　　　PENNSYLVANIA

UNITED STATES OF AMERICA

V.

JEREMIAH D. TOLIVER

**NOTICE**

CASE NUMBER:  **1:01-cr-00008 Erie**

TYPE OF CASE:

☐ CIVIL　　　　X CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | COURTROOM NO. A, Second Floor |
|---|---|
| United States District Court<br>17 South Park Row<br>Erie, Pennsylvania  16501 | DATE AND TIME |

TYPE OF PROCEEDING

**SUPERVISED RELEASE REVOCATION HEARING**

X  **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE<br>U. S. District Court<br>Courtroom A, Second Floor<br>17 South Park Row<br>Erie, PA  16501 | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>**August 6, 2008 at 11:00 a.m.** | CONTINUED TO DATE AND TIME<br><br>**Monday, June 16, 2008 at 12:00 p.m.** |
|---|---|---|

　　　　　　　　　　　　　　　　　　　　　　　　MAURICE B. COHILL, JR.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

June 5, 2008　　　　　　　　　　　　　　　　　s/Susan J. Shaffer
DATE　　　　　　　　　　　　　　　　　　　　Deputy Clerk

To:  Defendant to be notified by counsel