```
            UNITED STATES
            DISTRICT COURT
        WESTERN DISTRICT OF PENNSYLVANIA
               ERIE Division

         # 08000325 - SP   R
              June 13, 2008

     Code    Case #    Qty      Amount

     CASH BON CR-01-8E          5,000.00 CH


     TOTAL→            5,000.00


     FROM: WILLIE B. JEETER FOR JEREMIAH
           TOLIVER
```