# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

United States of America )
)
)
Plaintiff, )
vs. )
Jeremiah O. Toliver )    CR 01-8E
)
)
Defendants )

HEARING ON  Supervised Release Violation

Before  Hon. Maurice R. Cohill, Jr.

Chris Trabold, AUSA            Tom Patton, AFPD
_____        _____
Appear for Plaintiff           Appear for Defendant

Hearing Begun  8-6-08, 11:00 am        Hrg Adjourned to _____

Hrg concluded C.A.V. 8-6-08, 11:35 a.m.  Stenographer  Shirley Hall

### WITNESSES
For Plaintiff                  For Defendant

Defendant admits to all violations as alleged in petition.
Guidelines computation: C-V, 7-13 months imprisonment
3 years S.R.
Supervised Release revoked.
Defendant sentenced to 12 months imprisonment followed
by 0 months ~~of~~ supervision.
Defendant taken into custody.