✎AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

_____ Western _____    District of _____ Pennsylvania _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**V.** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release) |
| JEREMIAH D. TOLIVER | Case Number:    1:01-cr-00008-001 Erie |
| | USM Number:    20038-068 |
| | Thomas W. Patton, Assistant Federal Public Defender<br>Defendant's Attorney |

## THE DEFENDANT:

X    admitted guilt to violation of condition(s)  See violations listed below    of the term of supervision.

☐    was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| | The defendant shall not commit another federal, state, or local crime. | 1/4/2008<br>1/31/2008 |
| | The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month. | 11/12/2007 |
| | The defendant shall notify the probation officer at least ten days prior to any change in residence or employment. | 10/30/2007 |

The defendant is sentenced as provided in pages 2 through   2   of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐    The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:    N/A

Defendant's Date of Birth:    N/A


Defendant's Residence Address:

_____ N/A _____

Defendant's Mailing Address:

_____ N/A _____

August 6, 2008
Date of Imposition of Judgment

*Maurice B. Cohill, Jr.*
Signature of Judge


Maurice B. Cohill, Jr., Senior United States District Judge
Name and Title of Judge

*August 8, 2008*
Date

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page ___2___ of ___2___

DEFENDANT:    JEREMIAH D. TOLIVER
CASE NUMBER:    1:01-cr-00008-001 Erie

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

twelve (12) months, with no supervised release to follow.

☒ The court makes the following recommendations to the Bureau of Prisons:

*I recommend placement at Erie County Jail or FCI - McKean.*

*Maurice B. Cohill. Jr. Judge*

X    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

☐    at _____ ☐ a.m.    ☐ p.m.    on _____ .

☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐    before 2 p.m. on _____ .

☐    as notified by the United States Marshal.

☐    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL