IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   1:01-cr-00008-001 Erie |
| | ) |
| JEREMIAH D. TOLIVER | ) |

### AMENDED JUDGMENT

AND NOW, this 14th day of August, 2008, the Judgment for Revocation of Supervised Release entered in this case on August 8, 2008 (Docket #76), having recommended that the Defendant be placed at either the Erie County Jail or the Federal Correctional Institution McKean,

IT IS HEREBY ORDERED that the Judgment of August 8, 2008 is AMENDED as follows: the Court recommends placement at the Federal Correctional Institution McKean.

Maurice B. Cohill, Jr.
United States District Judge