IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal No. 01-8 E |
| ) | |
| JEREMIAH TOLIVER ) | |
| ) | |

**ORDER FOR THE RETURN OF CASH BOND**

AND NOW, this _14th_ day of _August_, 2008, it appearing to the Court that the conditions requiring the posting of a cash bond in the above titled action having been satisfied as of <u>August 8, 2008 (defendant sentenced)</u>.

IT IS HEREBY ORDERED and DIRECTED, that the Clerk of Court of the Western District of Pennsylvania return the sum of **$ 5,000.00** to:

> Willie B. Jeeter
> PO BOX 10222
> Erie PA 16514-0222

<u>Brooke Sumner</u>
Prepared by

_Maurice B. Cahill, Jr._
United States District Judge