# RETURN OF CASH BOND
## Docket Information

Case Number **CR 01-8E**

**Instructions to Docket Clerk**: Please enter the following as a REMARK

Cash Bond in the amount of $ **5,000.00** returned to posting party at Check Number **0031954**, P2 Finance Number **0846680240** on **8/19/08**, per Order of Court at Document Number **78**.

Prepared by **BRS**
Initials